UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HIT 55 PROPERTIES, LLC,

    Plaintiff,

v.                                              CASE NO. 8:11-cv-2142-T-23TGW

FIRST PARAMOUNT, LLC, et al.,

    Defendants.
_____/

**ORDER**

The defendants move (Doc. 25) to dismiss this foreclosure action, among other reasons, for lack of complete diversity between the plaintiff and each defendant and thus for a failure to comport with the jurisdictional requirement of 28 U.S.C. § 1332. In response, the plaintiff, a Florida corporation, states that it is "unable at this time to present allegations or evidence which would refute the Defendants' contentions that two 'members' of Defendant First Paramount LLC are Florida residents." (Doc. 32 at 2). As the plaintiff acknowledges (Doc. 32 at 3), the controlling legal principle is that, "like a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, LP v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir 2004).

The defendants' motion to dismiss (Doc. 25) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE** to the plaintiff's pursuing the claims in state court. The clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on November 19, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE